HARRY MOHR, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.—

Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.